*In re* **NIEW**, KATHLEEN IRENE (MR 17491)
Oak Brook, IL

**Order of the Court:**

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Kathleen Irene Niew is suspended from the practice of law for nine months.

The motion by respondent that the suspension be effective on July 1, 2001, is allowed.